# EXHIBIT 3

# RAFFEL SYSTEMS, LLC,
v.
# BOB'S DISCOUNT FURNITURE, LLC

## Infringement of U.S. Patent No. 11,089,701
by Defendants Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair.

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| A chair comprising a cup holder apparatus (claim 1)<br><br>A sofa comprising a cup holder apparatus (claim 9) | Bob's Expedition powered sofa, loveseat, and recliner/chair include chairs and sofas: |

1

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
|  |  |

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| the cup holder apparatus comprising<br><br>at least one cup holder having a cup holder body adapted for attachment to the chair (claim 1) or sofa (claim 9), wherein the cup holder body has a lower end, a top end, and a cup holding receptacle therebetween; and | Bob's Expedition powered sofa, loveseat, and recliner/chair each comprise a cup holder apparatus comprising a cup holder body (top picture – bottom right arrow) adapted for attachment to the chair (claim 1, bottom right picture, arrow) or sofa (claim 9) wherein the cup holder body has a lower end (top picture – center left arrow), a top end (top picture – center right arrow), and a cup holder receptable therebetween (top picture – top left arrow) (a black cup is shown outside the cupholder receptacle in top picture, partially in the receptacle in the bottom left picture, and completely in the receptacle in the bottom right picture);<br><br><br>  |

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| a flange extending from the top end of the cup holder body,<br><br>wherein the flange comprises two or more control switches, wherein one of the two or more control switches is operatively connected to a light source for control thereof and one of the two or more control switches is operatively connected to a component of the chair for control thereof. | Bob's Expedition powered sofa, loveseat, and recliner/chair each comprise a cup holder apparatus having a flange extending from the top end of the cup holder body (right picture, arrow),<br><br>wherein the flange comprises two or more control switches (left picture – arrows) wherein one of the two or more control switches is operatively connected to a light source for control thereof (left picture – center arrow) and one of the two or more control switches is operatively connected to a component of the chair for control thereof (left picture – left and right arrows).<br><br>  |
4

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| 2. and 10. The chair of claim 1 or the sofa of claim 9, wherein the control switch is operatively linked to and controls a powered reclining mechanism of the chair (Claim 2) or sofa (Claim 10).<br><br>3. and 11. The chair of claim 1 or the sofa of claim 9, wherein the light source is a light emitting diode (LED). | Bob's Expedition powered sofa, loveseat, and recliner/chair each:<br><br>comprise a cup holder apparatus having a control switch (left picture, arrows) that is operatively linked to and controls a powered reclining mechanism of the chair (Claim 2) or sofa (Claim 10);<br><br>have a light source that is a light emitting diode (LED) (center and right pictures, arrows).<br><br> |

5

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| 4 and 12. The chair of claim 3 or the sofa of claim 11, wherein the light emitting diode (LED) illuminates the cup holder apparatus. | Bob's Expedition powered sofa, loveseat, and recliner/chair each:<br><br>comprise a cup holder apparatus having a control switch (right picture, arrow pointing downward) that is operatively connected to a light source for control thereof wherein the light source is a light emitting diode (LED) that illuminates the cup holder apparatus (left and right picture, arrows facing up to right).<br><br>  |

| U.S. Patent No. 11,089,701 Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| 6 and 14. The chair of claim 1 or the sofa of claim 9, wherein the flange extends outwardly from the top end of the cup holder body.<br><br>8 and 18. The chair of claim 1 or the sofa of claim 9, wherein the two or more control switches are mounted on or attached to the flange. | Bob's Expedition powered sofa, loveseat, and recliner/chair each comprise a cup holder apparatus comprising a flange that extends outwardly from the top end of the cupholder body (top left picture, arrow; top right picture, left arrow);<br><br>wherein the two or more control switches are mounted on or attached to the flange (top right picture, arrows, and bottom picture).<br><br> <br><br> |

7

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| 15. The sofa of claim 9, wherein one of the two or more switches is operatively connected to a light source for control thereof and one of the two or more switches is operatively connected to a power recline mechanism for control thereof. | Bob's Expedition powered sofa comprises a cup holder apparatus having a flange extending from the top end of the cup holder body, wherein the flange comprises two or more control switches wherein one of the two or more control switches is operatively connected to a light source for control thereof (left arrow) and one of the two or more control switches is operatively connected to a power recline mechanism for control thereof (center and right arrows).<br><br> |

| U.S. Patent No. 11,089,701<br><br>Claims | Bob's Discount Furniture, LLC's Expedition power reclining sofa, loveseat, and recliner/chair. |
|---|---|
| 16. The sofa of claim 9, wherein the sofa comprises two reclining chair portions.<br><br>17. The sofa of claim 9, wherein the sofa comprises a fold-down backrest section. | Bob's Expedition sofa comprise two reclining chair portions (bottom right picture, arrows); and a fold-down backrest section (bottom left picture, arrow).<br><br> |